

# Fourth Court of Appeals
## San Antonio, Texas

August 27, 2021

No. 04-20-00058-CV

**IN THE MATTER OF THE ESTATE OF KENNETH CURTIS ANDREWS, DECEASED**

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 18-04-0239-CVW
Honorable Sid L. Harle, Judge Presiding

# O R D E R

Sitting:      Rebeca C. Martinez, Chief Justice
               Luz Elena D. Chapa, Justice
               Lori I. Valenzuela, Justice

On June 9, 2021, this court issued an opinion affirming the trial court's judgment. On July 22, 2021, appellant filed a motion for rehearing. After considering the arguments raised by appellant, the motion is DENIED.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of August, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court